UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Robert Sylvester Kelly
                                  Plaintiff,

v.                                                                 Case No.: 1:23−cv−15885
                                                                              Honorable Elaine E. Bucklo

United States of America, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 12, 2024:

      MINUTE entry before the Honorable Elaine E. Bucklo: The Court adopts the report of parties planning meeting. Parties to comply with FRCP 26(a)(1) by 3/4/2024. Plaintiff is given to and including 8/5/2024 to amend all pleadings and to add any additional parties. Defendant is given to and including 9/7/2024 to amend all pleadings and to add any additional parties. Fact discovery ordered closed by 3/4/2025. Deadlines for expert discovery, dispositive motions, and pretrial filings, be set closer to the close of fact discovery. Status hearing set for 7/15/2024 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by 7/8/2024. The court will enter a scheduling order in response to the status report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.