AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    **1:23-CV-15885**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for    **Tawana Ingram**
on    **3/22/2024:**

[X]  I served the subpoena by delivering a copy to the named person as follows: **4009 Windswept Way, Forney, TX 75126** on **03/27/2024 at 4:57 PM**

**I delivered the documents to Tawana Ingram with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 55-65 years of age and weighing 160-180 lbs.**; or

[ ]  I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

**$ 0.00**

My fees are **$ 0.00** for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  03/27/2024

_____
*Server's signature*

**Amber Zeller**
*Printed name and title*

**PO Box 295
Farmersville, TX 75442**

_____
*Server's address*

Additional information regarding attempted service, etc:




Tracking #: **0128350206**