UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT S. KELLY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, BOP OFFICER TAWANA F. INGRAM, UNKNOWN JOHN AND JANE DOE BOP OFFICERS, and LATASHA KEBE (also known as "TASHA K"), | ) ) ) ) ) ) ) |
| Defendants. | ) |

No. 23 C 15885

Judge Bucklo

**JOINT STATUS REPORT**

In accordance with the court's January 3, 2025, minute entry (Dkt. 43), the parties jointly submit this status report:

1. As of January 22, 2025, Defendant United States produced more than 13,000 pages of records as well as a written response to Plaintiff Robert S. Kelly's document requests.

2. Plaintiff has been in contact with Defendant United States regarding some deficiencies that plaintiff perceives in the United States' and intends to submit a formal letter regarding same in short course.

3. Now that Plaintiff has obtained discovery production from Defendant United States, Plaintiff is also assessing whether he needs to amend his complaint to identify specific BOP officers. As such, Plaintiff is seeking another extension of time until May 5, 2025, to amend his complaint, in the event an amendment is necessary. Defendant United States has no objection to Plaintiff's request.

4. Following review of the document production, as well as a visit with Plaintiff Kelly, Counsel for Plaintiff intends to respond to the United States' written discovery requests. Given Mr. Kelly's incarcerated status as well as Plaintiff and his counsels' limited access to documents, Plaintiff Kelly requires additional time to respond to the United States' written discovery requests.

5. Plaintiff and Defendant United States intend to propound discovery requests upon Defendant Tawana F. Ingram within the next month.

6. Plaintiff and Defendant United States have been working cooperatively to move this matter along. Should any discovery issues arise, the parties will work together to try to resolve them before seeking the court's involvement.

7. The parties propose that they file another status report by May 2, 2025.

Respectfully submitted,

s/ ASHLEY COHEN
ASHLEY COHEN
*One of the Attorneys for Plaintiff*
Bonjean Law Group, PLLC
303 Van Brunt Street, 1st Floor
Brooklyn, New York 11231
(718) 875-1850
jennifer@bonjeanlaw.com
ashley@bonjeanlaw.com

s/ Femi Soyode
FEMI SOYODE
Attorney for Defendant Ingram
Soyode at Law
7018 Plymouth Court
Tinley Park, Illinois 60477
(773) 980-9866
soyodeatlaw@gmail.com


MORRIS PASQUAL
Acting United States Attorney

By: s/ Alex Hartzler
    ALEX HARTZLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1390
    alex.hartzler@usdoj.gov