UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT S. KELLY, | ) |
| Plaintiff, | ) |
| v. | ) No. 23 C 15885 |
| UNITED STATES OF AMERICA, BOP OFFICER TAWANA F. INGRAM, UNKNOWN JOHN AND JANE DOE BOP OFFICERS, and LATASHA KEBE (also known as "TASHA K"), | ) Judge Bucklo |
| Defendants. | ) |

## DEFENDANTS' STATUS REPORT

In accordance with the court's May 9, 2025 minute entry (Dkt. 52), defendants the United States of America and Tawana F. Ingram jointly submit this status report:

1. The United States has produced more than 13,000 pages of records in response to plaintiff Robert S. Kelly's written discovery requests.

2. The United States served Kelly with written discovery requests in October 2024, but Kelly has not responded.

3. Kelly informed the court in March that he intended to serve discovery requests on defendant Ingram within the next month. Dkt. 47 ¶ 5. However, he has not done so.

4. Counsel for the United States reached out to Kelly's counsel on May 13 and again on May 29, in the hope of discussing the joint status report that the court asked the parties to file by June 6. Kelly's counsel did not respond.

5. Accordingly, defendants submit this defendants' status report.

Respectfully submitted,

s/ Femi Soyode
FEMI SOYODE
Attorney for Defendant Ingram
Soyode at Law
7018 Plymouth Court
Tinley Park, Illinois 60477
(773) 980-9866
soyodeatlaw@gmail.com

ANDREW S. BOUTROS
United States Attorney

By: s/ Alex Hartzler
    ALEX HARTZLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1390
    alex.hartzler@usdoj.gov