## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Robert Sylvester Kelly
                                                    Plaintiff,

v.                                                             Case No.: 1:23−cv−15885
                                                                                   Honorable Elaine E. Bucklo

United States of America, et al.
                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: The Court has reviewed Defendants' status report. Again Plaintiff failed to file a joint status report required by minute entry no. [51]. Status hearing is reset for 7/10/2025 at at 9:45 a.m. (to track the case only, no appearance is required). PLAINTIFF shall file a joint written status report by 7/3/2025. The court will enter a scheduling order in response to the status report. Failure to do so may result in the dismissal of this case for failure to prosecute. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.