**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Robert Sylvester Kelly
                            Plaintiff,

v.                                                               Case No.: 1:23−cv−15885
                                                                Honorable Elaine E. Bucklo

United States of America, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 18, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion to vacate dismissal of this case [57] is granted. All discovery shall be completed by 12/31/25. Status hearing set for 1/23/26 in person at 10:00 a.m. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.