IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Sylvester Kelly,<br>   Plaintiff,<br><br>v.<br><br>United States of America,<br>Latasha Kebe, and Tawana F. Ingram,<br>   Defendants. | )<br>)<br>) Case No. 1:23-cv-15885<br>)<br>) Honorable Elaine E. Bucklo<br>)<br>)<br>)<br>) |

**RESPONSE TO MOTION TO DISMISS**

  COMES NOW, Plaintiff, Robert Kelly, responds to the Defendant's Motion To Dismiss. In support, he states as follows.

  The Defendant's motion amounts to a complaint about how quickly Plaintiff's counsel has been able to respond to their phone calls. This is not a good basis for any motion to dismiss. Plaintiff will provide whatever discovery is necessary in time to meet the discovery deadlines set by this Court. That is all that matters. The Defendant is not entitled to a any particular prioritization of their phone calls.

  The truth of the matter is that the undersigned continues to recover from a significant blood clot that remains unresolved., which has vastly limited his time in the office. Simply stated, that is the reason that the defense counsel's phone call was not returned with the speed they would prefer. Nonetheless, Plaintiff's counsel will confer with counsel for the Defendant and will respond to their discovery requests in plenty of time to meet the Court's deadlines.

  The Defendant has good reason to want this case dismissed. Their liability is essentially admitted already. However, the timing of phone calls is not a basis to dismiss.

1

2

WHEREFORE, the Plaintiff, Robert Kelly, responds to the government's motion to dismiss ands asks the acourt to deny it and allow the parties to be governed by the Court's discovery deadlines rather than the Defendant's.

Respectfully submitted,

By: /s/ *Beau B. Brindley*
Attorney for the Plaintiff

LAW OFFICES OF BEAU B. BRINDLEY
53 W. Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
(312) 765-8878 (Phone)